**DSDBL, LIMITED, DDM Management, Incorporated; Tax Matters Partner Petitioner–Appellee**

v.

**COMMISSIONER of INTERNAL REVENUE, Respondent–Appellant.**

No. 10–60706

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 12, 2011.

James Frederick Martens, Esq., Michael Boydstun Seay, Esq., Amanda M. Traphagan, Martens, Seay & Todd, Renea Hicks, Law Office of Renea Hicks, Austin, TX, for Petitioner–Appellee.

Joan I. Oppenheimer, John Dicicco, U.S. Department of Justice, James Coffey Gibbons, Clarissa C. Potter, William J. Wilkins, Internal Revenue Service, Washington, DC, for Respondent–Appellant.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Respondent–Appellant, Commissioner of Internal Revenue has waived oral argument, conceded that the result of the judgment of the United States Tax Court (USTC) is dictated by binding precedent of this court, and acknowledged in his appellate brief that the instant appeal is being prosecuted "only to preserve the issue for

---

possible Supreme Court review." Under these circumstances, the judgment of the USTC is AFFIRMED. See Rule 47.6.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.